FILED
2014 Jul-21 PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **RICHARD VIEUX,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 1:12-cv-00017-MHH-JHE |
| } | |
| **FEDERAL BUREAU OF PRISONS,** } | |
| **et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER

On September 13, 2013, then magistrate judge Madeline H. Haikala filed a report and recommendation, recommending that all of plaintiff Richard Vieux's 42 U.S.C § 1983 claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), except for Mr. Vieux's failure to provide adequate dental care against defendants Chief Dental Officer Dr. S. Burrell and Clinical Director M. Holbrook in their individual capacities. (*See* Doc. 12). Mr. Vieux filed an objection to the report and recommendation. (Doc. 13).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and Mr. Vieux's objection, the Court is of the opinion that the report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.

Accordingly, pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), the Court **DISMISSES** all of Mr. Vieux's claims against the Federal Bureau of Prisons, Director Harley Lappin, SERO Ray Holt, SERO C.M., Warden J. Rathman, Health Service Administrator B. Alley, Assistant Health Administrator L. Tanner, Dental Hygienist S. Jackson, and Records Clerk T. Rutledge.

The Court refers Ms. Vieux's claim against Dr. Burrell and Clinical Director Holbrook to the magistrate judge now assigned to this action for further proceedings.

**DONE** and **ORDERED** this 21st day of July, 2014.

*/s/ William M. Acker*
**WILLIAM M. ACKER, JR.**
UNITED STATES DISTRICT JUDGE